| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Noonan, Jr., John T | 2. Court or Organization U.S. Court of Appeals, 9th | 3. Date of Report 05/15/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Article III Judge, Senior | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final | 6. Reporting Period 01/01/2005 to 12/31/2005 |
| | 5b. ☐ Amended Report | |
| 7. Chambers or Office Address U.S. Court of Appeals 95 Seventh Street San Francisco, CA 94103 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. President and Director | Thomas More-Jacques Maritain Institute (non-profit cultural organization) |
| 2. Director | The American Poetry & Literacy Project |
| 3. Member | Advisory Council, Transparency International |
| 4. Member | Editorial Board, American Journal of Jurisprudence |
| 5. Director | Institute for Advanced Catholic Studies |
| 6. Member | President's Council, Graduate Theological School |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 07/01/86 | University of California pension based on service |
| 2. | |
| 3. | |

DISCLOSURE OFFICE 2006 MAY 22 P 1:34 RECEIVED

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | Stipend: University of Pennsylvania | $ 5,000.00 |
| 2. 2005 | Pension: University of California | $ 39,297.39 |
| 3. 2005 | Pension: United States Social Security | $ 28,171.80 |
| 4. 2005 | Royalty-University of Notre Dame | $ 3,783.82 |
| 5. 2005 | Royalty-West Group Foundation Press | $ 3,265.18 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Boston College Law School, Newton, MA | 2/27/05-3/01/05, Hotel, Travel, Meal, Lodging |
| 2. Catholic University of America Law School, Washington, D.C. | 3/03/05-3/07/05, Hotel,Travel, Meals, Lodging |
| 3. Unversity of Portland, Portland, OR | 6/02/05-6/03/05, Travel |
| 4. Institute for Advanced Catholic Studies, Cambridge, MA | 7/13/05-7/15/05, Travel |
| 5. Villanova University Law School, Villanova, PA | 9/16/05, Travel, Meals |
| 6. Brandeis University, Waltham, MA | 9/18/05-9/19/05, Travel |
| 7. Catholic University of America, Washington, D.C. | 10/17/05-10/20/05, Travel |

| Name of Person Reporting | Date of Report |
|---|---|
| Noonan, Jr., John T | 05/15/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noonan, Jr., John T | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Magellan Fund | C | Dividend | M | T | | | | | |
| 2. Fidelity CA Muni Income Fund (formerly Spartan CA Muni Fd) | D | Interest | M | T | | | | | |
| 3. BP P.L.C. | A | Dividend | J | T | | | | | |
| 4. Wells Fargo Checking Account | A | Interest | L | T | | | | | |
| 5. Wells Fargo Market Rate Account | A | Dividend | K | T | | | | | |
| 6. Wells Fargo IRAs | B | Interest | K | T | | | | | |
| 7. Dreyfus Insured Muni Bond Fund | A | Dividend | J | T | | | | | |
| 8. Teachers Insurance and Annuity Association | D | Interest | M | T | | | | | |
| 9. Scudder Int'l Bond Fund | C | Dividend | K | T | | | | | |
| 10. Wells Fargo Investments-Thornburg Investment Trust | C | Dividend | M | T | | | | | |
| 11. Brokerage Account Number 1 Bear Stearns | | | | | | | | | |
| 12. -JP Morgan Chase | B | Dividend | L | T | | | | | |
| 13. -General Mills | B | Dividend | K | T | | | | | |
| 14. -Procter & Gamble Common | B | Dividend | L | T | | | | | |
| 15. -Raytheon | A | Dividend | K | T | | | | | |
| 16. -Neurobiological Technologies | | None | J | T | | | | | |
| 17. -BP P.L.C. | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noonan, Jr., John T | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Coca Cola Common | A | Dividend | K | T | | | | | |
| 19. -Solutia, Inc. | | None | J | T | | | | | |
| 20. -Darden Restaurants, Inc. | A | Dividend | K | T | | | | | |
| 21. -Eli Lilly Corporation | B | Dividend | L | T | | | | | |
| 22. -IBM Common | A | Dividend | K | T | | | | | |
| 23. -Fortune Brands | A | Dividend | K | T | | | | | |
| 24. -ACCO Brands Corporation | A | None | J | T | spinoff | 08/16 | J | | |
| 25. -Monsanto | A | Dividend | K | T | | | | | |
| 26. -Pfizer | B | Dividend | K | T | | | | | |
| 27. -J.M. Smucker | A | Dividend | J | T | | | | | |
| 28. -GNMA Pass Through Pools | A | Interest | J | T | | | | | |
| 29. -Calvert Social Investment Fund | A | Interest | K | T | | | | | |
| 30. -Olstein Financial Alert Fund | D | Interest | L | T | Buy | 12/14 | J | | |
| 31. -Bear Stearns Tempfund | C | Interest | M | T | Buy | 02/23 | M | | |
| 32. -Bear Stearns Tempfund | | | | | Buy | 03/09 | J | | |
| 33. -Bear Stearns Tempfund | | | | | Buy | 05/06 | J | | |
| 34. -Bear Stearns Tempfund | | | | | Buy | 11/01 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other    S =Assessment
   U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Noonan, Jr., John T | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Sacramento County Bonds | B | Interest | K | T | | | | | |
| 36. -Bret Harte CA School District Bond | B | Interest | L | T | | | | | |
| 37. -California State Corpus Prams | | None | L | T | | | | | |
| 38. -Touchstone CA Tax Free Money Fund | A | Interest | L | T | Sell | 02/09 | L | | |
| 39. -Touchstone Investment Trust | A | Interest | J | T | Sell | 02/08 | J | | |
| 40. Trust Number 1 (No personal income) | D | Dividend | N | T | | | | | |
| 41. -Fleet Mid Cap Growth Fund | | | | | Buy | 04/27 | J | | |
| 42. -Fleet Small Cap Value Fund | | | | | Sell | 04/27 | J | | |
| 43. -Fleet Mid Cap Value Fund | | | | | Sell | 04/27 | J | | |
| 44. -Fleet MA Intermediate Term Tax Exempt Bond Fund | | | | | Sell | 10/05 | K | | |
| 45. -Fleet Large Cap Value Fund | | | | | Buy | 10/05 | J | | |
| 46. -Fleet Large Cap Growth Fund | | | | | Buy | 10/05 | J | | |
| 47. -Fleet MA Intermediate Term Tax Exempt Bond Fund | | | | | Buy | 12/05 | J | | |
| 48. Trust Number 2 (No personal income) | D | Dividend | M | T | | | | | |
| 49. -Fleet Mid Cap Growth Fund | | | | | Buy | 04/27 | J | | |
| 50. -Fleet Small Cap Value Fund | | | | | Sell | 04/27 | J | | |
| 51. -Fleet Mid Cap Value Fund | | | | | Sell | 04/27 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noonan, Jr., John T | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Fleet MA Intermedeiate Term Tax Exempt Bond Fund | | | | | Buy | 12/05 | J | | |
| 53. -Fleet International Equity Fund | | | | | Sell | 12/05 | J | | |
| 54. -Fleet Large Cap Value Fund | | | | | Sell | 12/05 | J | | |
| 55. -Fleet Mid Cap Growth Fund | | | | | Sell | 12/05 | J | | |
| 56. -Fleet Large Cap Growth Fund | | | | | Sell | 12/05 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noonan, Jr., John T | 05/15/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

Two trusts referred to in this report are as follow:

1. ███████ Trust: ██████████ Trust was created by ██████ on December 15, 1976. It became irrevocable on ██ death in 1990 and divided into three shares. The trustee has discretion to pay the income and principal ████████████████

2. ██████ 1976 Trust: ████████ 1976 Trust ████████ in 1976 and became irrevocable on ██ death in 1987. On ██ death the property was divided into equal shares for ████████████. The trustee has discretion to pay some or all of the net income or principal of my share to ████████████ The trust terminates on the death of ████████

3. The income of both trusts was paid by the trustee in 2005 to ███████████████ At the request of the Committee on Financial Disclosure, I have summarized the reports I have received.

In April 2000, Fleet Bank acquired the Bank of Boston and became the trustee of the above trusts. The trusts were also subdivided into distinct trusts for each of the ██████ of the grantors, so that there is now a distinct trust for me ████████ under the same trust instruments. Report is not made here of the sales of odd lots (typically one or two shares) made to make it easier to divide the trusts into thirds. The money market fund, Galaxy, was arranged by Fleet to take over the functions performed by the money market Boston 1784 funds; investments in these money market funds are noted on an annual basis.

| Name of Person Reporting | Date of Report |
|---|---|
| Noonan, Jr., John T | 05/15/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date____ 5/15/06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544